BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP             BDFTE# 00000005291075
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX  75001
(972) 341-0500

Attorney for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31502-HDH-7 |
| | § | |
| ERIC KEVIN GORMLY and LEAH | § | |
| MARIE GORMLY, | § | |
|    Debtor | § | CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC., party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC..

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ STEVE TURNER                    6/11/2015
STEVE TURNER
TX NO. 20341700
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ STEVE TURNER                              6/11/2015
STEVE TURNER
TX NO. 20341700
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
ERIC KEVIN GORMLY
7216 ALTO CARO DR
DALLAS, TX 75248

LEAH MARIE GORMLY
7216 ALTO CARO DR
DALLAS, TX 75248

**DEBTOR'S ATTORNEY:**
WILLIAM F. RITTER, IV
8350 N CENTRAL EXPWY
STE 1310
DALLAS, TX 75206-1639

**TRUSTEE:**
JEFFREY H. MIMS
FOUNDERS SQUARE, STE 560
900 JACKSON ST
DALLAS, TX 75202