WILLIAM F. RITTER, IV
Texas SBN 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY | § | CASE NUMBER 15-31502-HDH-7 |
|   Address:  7216 Alto Caro Dr. | § | |
|           Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any):  1505 | § | |
| | § | |
| LEAH MARIE GORMLY | § | |
|   Address:  7216 Alto Caro Dr. | § | |
|           Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any):  8077 | § | |
| | § | |
|         DEBTORS | § | |

**NOTICE OF HEARING**

     A hearing on the Debtors' Application for Order to Show Cause and Motion for Sanctions are set August 14, 2015 at 9:00 a.m.in the Courtroom of the Honorable Harlin D. Hale located in the United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242.

                                           Respectfully submitted,

                                           WILLIAM F. RITTER, IV
                                           8350 N. Central Expressway, Suite 1310
                                           Dallas, Texas 75206-1639
                                           T 214.724.5364
                                           F 214.373.3455
                                           william@ritterlawworks.com

**Notice of Hearing – Page 1**

By:    /s/ William F. Ritter, IV
       WILLIAM F. RITTER, IV
       State Bar No. 16955500

ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Hearing along with a copy of the Debtors' Application for Order to Show and Cause and Motion for Sanctions [Doc 15] have been served as indicated below on this the 15th day of July, 2015.

Respondent (via US Mail)
Real Estate Arbitrage Partners LLC Lease Agreement
Attn: Richard Wells
6211 W Northwest Hwy, Ste 251
Dallas, TX 75225

Respondent Attorney (via US Mail and email to *allen@alpclaw.com* )
Allen Landerman
Allen Landerman, P.C.
16801 Addison Road, Suite 125
Addison, Texas 750015512

Debtors
Eric and Leah Gormly (via US Mail)
7216 Alto Caro Dr
Dallas, TX 75248

Chapter 7 Trustee (via ECF)
Jeffrey H. Mimms

United States Trustee; and upon all parties requesting notice and service of papers


   /s/ William F. Ritter, IV
   WILLIAM F. RITTER, IV