B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Texas
Case No. **15−31502−hdh7**
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric Kevin Gormly<br>dba The Gormly Law Firm, PLLC<br>7216 Alto Caro Dr<br>Dallas, TX 75248 | Leah Marie Gormly<br>7216 Alto Caro Dr<br>Dallas, TX 75248 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−1505                                                                   xxx−xx−8077

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: 7/16/15                                                        Harlin DeWayne Hale
                                                                      United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Northern District of Texas

In re:                                                              Case No. 15-31502-hdh
Eric Kevin Gormly                                                   Chapter 7
Leah Marie Gormly
        Debtors               CERTIFICATE OF NOTICE
District/off: 0539-3          User: admin                 Page 1 of 3          Date Rcvd: Jul 17, 2015
                              Form ID: b18                Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2015.
db/jdb         +Eric Kevin Gormly,    Leah Marie Gormly,   7216 Alto Caro Dr,   Dallas, TX 75248-4209
cr             +Federal National Mortgage Association (Fannie Mae),    c/o BDFTE, LLP,
                 15000 Surveyor Blvd Suite 100,    Addison, TX 75001-4417
16552690       +AES-SLMA Trust,    PO Box 61047,   Harrisburg, PA 17106-1047
16552695       +APS Service,    1910 Pacific Ave.,    Suite 15650,   Dallas, TX 75201-4529
16552689       +Access Group Inc.,    10 N High St,    Suite 400,   West Chester, PA 19380-3014
16552691      #+Allen Landerman,    Allen Landerman, P.C.,    6211 W Northwest Hwy, Ste 253C & D,
                 Dallas, TX 75225-3562
16552692        American Education Services,    PO Box 2461,   Harrisburg, PA 17105-2461
16552698        Asset Acceptance LLC -alternate address,    PO Box 2036,   Warren, MI 48090-2036
16552700        Atmos Energy,    PO Box 790311,    Saint Louis, MO 63179-0311
16552701       +Balanced Healthcare Receivables, LLC,    for Quest Diagnostics,   164 Burke Street,   Suite 201,
                 Nashua, NH 03060-4783
16552703       +Barrett Daffin Frappier Turner & Engel,    15000 Surveyor Blvd, Ste 100,
                 Addison, TX 75001-4417
16552704        Capital Management Service,    698 1-2 S. Ogden Street,   Buffalo, NY 14206-2317
16552706       +Citibank,    co Rausch, Sturm, Israel, Enerson & Hor,    15660 N Dallas Pkwy, Ste 350,
                 Dallas, TX 75248-3344
16552708       +Cornerstone Animal Clinic,    11909 Preston Road,    Suite 1456,   Dallas, TX 75230-6114
16552713     ++++DEUTSCHE BANK ELT SLMTRUSTS,    11600 AMERICAN DREAM WAY,    RESTON VA   20190-4758
                 (address filed with court: Deutsche Bank Elt SlmTrusts,     11600 Sallie Mae Drive,
                 Reston, VA 20190-3000)
16552710       +Dallas Central Appraisal District,    2949 Stemmons Freeway,   Dallas, TX 75247-6195
16552712       +Debt Management and Collections System,    U.S. Department of Education,   P.O. Box 5609,
                 Greenville, TX 75403-5609
16552716       +Doctors Reporting Service of Texas, Inc,    800 East Campbell Road,   Suite 399,
                 Richardson, TX 75081-1862
16552718       +Edfinancial,    120 N. Seven Oaks Drive,   Knoxville, TN 37922-2359
16552719        Enhance Recovery Company, LLC,    PO Box 23870,   Jacksonville, FL 32241-3870
16552722       +Evergreen Medical Billing,    2929 Carlisle Street,   Suite 260,   Dallas, TX 75204-4068
16552726        FMS Investment Corp.,    PO Box 1423,   Elk Grove Village, IL 60009-1423
16552727       #FMS, Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
16552723       +Factact Free Disclosure,    PO Box 1000,   Chester, PA 19016-1000
16552724       +Fannie Mae,    co Seterus, Inc.,    14523 Millikan Way, Ste 200,   Beaverton, OR 97005-2352
16552725        Fedban Servicing -PHEAA,    PO Box 69184,   Harrisburg, PA 17106-9184
16552728       +GC Services, LP,    for American Education Services,    6330 Gulfton,   Houston, TX 77081-1108
16552729        Glaucoma Associates of Texas,    PO Box 730475,   Dallas, TX 75373-0475
16552730       +GoMow.com,    101 South Coit,    Suite 36 No. 115,   Richardson, TX 75080-5743
16552731       +Intel Investigations,    1910 Pacific Ave.,    Suite 15650,   Dallas, TX 75201-4529
16552734        JP MorganChase Bank, N.A.,    PO Box 659754,   San Antonio, TX 78265-9754
16552736        LCA Collections,    Laboratory Corporation of America,   PO Box 2240,
                 Burlington, NC 27216-2240
16552735       +Laboratory Corporation of America,    PO Box 2230,   Burlington, NC 27216-2230
16552738       +Linebarger Goggan Blair & Sampson LLP,    co Sherrel K. Knighton,
                 2777 N Stemmons Frwy, Ste 1000,    Dallas, TX 75207-2328
16552739        Linz and Chandler,    400 Katy Building,   701 Commerce Street,   Dallas, TX 75202-4599
16552740        MCI,    500 Technology Drive,   Suite 800,   Weldon Spring, MO 63304-2225
16552743       +Midland Credit Management, Inc.,    PO Box 2011,   Warren, MI 48090-2011
16552742       +Midland Credit Management, Inc.,    PO Box 2036,   Warren, MI 48090-2036
16552744        Nationwide Credit, Inc.,    PO Box 26314,   Lehigh Valley, PA 18002-6314
16552745        North Texas Tollway Authority,    PO Box 260928,   Plano, TX 75026-0928
16552746       +Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
16552747       +On Time Couriers and Process,    1700 Pacific Avenue,   Suite 1040,   Dallas, TX 75201-7487
16552749       +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
16552748       +Pennsylvania Higher Education,    PO Box 61017,   Harrisburg, PA 17106-1017
16552750        ProCollect, Inc.,    PO Box 550369,   Dallas, TX 75355-0369
16552751       +Real Estate Arbitrage Partners LLC,    Attn: Richard Wells,   6211 W Northwest Hwy, Ste 251,
                 Dallas, TX 75225-3460
16552753       +Richardson ISD,    co Perdue Brandon Fielder et al,   500 E Border St, Ste 640,
                 Arlington, TX 76010-7457
16552754       +Richardson ISD Tax Office,    970 Security Row,   Richardson, TX 75081-2234
16552757       +SLC Student Loan Trust,    PO Box 15316,   Wilmington, DE 19850-5316
16552755       #Seterus,    Servicer for FNMA,   PO Box 2008,   Grand Rapids, MI 49501-2008
16552756       +Shackelford, Melton & McKinley,    3333 Lee Parkway,   10th Floor,   Dallas, TX 75219-5139
16552760       +State Farm Lloyds,    PO Box 799100,   Dallas, TX 75379-9100
16552761        Texas Attorney General,    Bankruptcy-Collections Div,   P.O.Box 12548,   Austin, TX 78711-2548
16552764        Texas Medicine Resources,    PO Box 8549,   Fort Worth, TX 76124-0549
16552765        Texas Retina Associates,    PO Box 650037,   Dallas, TX 75265-0037
16552766        Thomson Reuters,    610 Opperman Drive,   Eagan, MN 55123-1396
16552769       +U.S. Department of Education,    830 First St, NE,   Washington, DC 20202-0004
16552770        United Mechanical,    11540 Plano Rd.,   PO Box 551206,   Dallas, TX 75355-1206
16552773       +Van Ru Credit Corporation,    PO Box 1027,   Skokie, IL 60076-8027
```

```
District/off: 0539-3          User: admin              Page 2 of 3              Date Rcvd: Jul 17, 2015
                              Form ID: b18             Total Noticed: 89

16552775         William F. Ritter, IV,    Campbell Centre I-North Tower,     8350 N Central Expwy, Ste 1310,
                   Dallas, TX 75206-1639
16552776         Williams and Fudge, Inc.,    for PNC Bank,    300 Chatham Ave.,    PO Box 11590,
                   Rock Hill, SC 29731-1590
16552777         Windham Professionals,    for Access Group, Inc.,    PO Box 1048,    Salem, NH 03079-1048
16552778        +Zwicker & Associates PC,    80 Minuteman Road,    PO Box 9013,    Andover, MA 01810-0913
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16552699         EDI: ATTWIREBK.COM Jul 17 2015 22:18:00      AT & T,   P.O. Box 5093,
                   Carol Stream, IL 60197-5093
16552693         EDI: AIS.COM Jul 17 2015 22:18:00      American Infosource LP,    PO Box 248838,
                   Oklahoma City, OK 73124-8838
16552694        +EDI: RMCB.COM Jul 17 2015 22:18:00      American Medical Collection Agency,
                   4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
16552696         EDI: RESURGENT.COM Jul 17 2015 22:18:00      Ashley Funding Services, LLC,
                   co Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16552697         EDI: ACCE.COM Jul 17 2015 22:18:00      Asset Acceptance LLC,    PO Box 1630,
                   Warren, MI 48090-1630
16552702         EDI: BANKAMER.COM Jul 17 2015 22:18:00      Bank of America,    PO Box 982235,
                   El Paso, TX 79998-2235
16552707         E-mail/Text: secbankruptcy@dallascityhall.com Jul 17 2015 22:30:53      City of Dallas,
                   City Hall, 2DE South,    Dallas, TX 75277
16552705        +EDI: CHASE.COM Jul 17 2015 22:18:00      Chase-Bank One Card Services,    PO Box 15298,
                   Wilmington, DE 19850-5298
16552709        +EDI: CCS.COM Jul 17 2015 22:18:00      Credit Collection Service,    PO Box 9136,
                   Needham, MA 02494-9136
16552714         EDI: DISCOVER.COM Jul 17 2015 22:18:00      Discover Financial Services,    2500 Lake Cook Road,
                   Riverwoods, IL 60015
16552711        +E-mail/Text: secbankruptcy@dallascityhall.com Jul 17 2015 22:30:53      Dallas County Tax Office,
                   500 Elm St Records Building,    1st Floor,    Dallas, TX 75202-3304
16552715        +E-mail/Text: DSLBKYPRO@discover.com Jul 17 2015 22:31:28      Discover Student Loans,
                   PO Box 30925,    Salt Lake City, UT 84130-0925
16552717         EDI: ECMC.COM Jul 17 2015 22:18:00      ECMC,   PO Box 64909,    Saint Paul, MN 55164-0909
16552720        +E-mail/Text: bankruptcy@ersinc.com Jul 17 2015 22:31:35      Enterprise Recovery Systems,
                   2000 York Road,    Suite 114,    Oak Brook, IL 60523-8863
16552732         EDI: IRS.COM Jul 17 2015 22:18:00      Internal Revenue Service,    Special Procedures-Insolvency,
                   P.O. Box 7346,    Philadelphia, PA 19101-7346
16552741        +EDI: MID8.COM Jul 17 2015 22:18:00      Midland Credit Management - Midland Fund,
                   8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
16552752        +EDI: RMCB.COM Jul 17 2015 22:18:00      Retrieval Masters Creditor Bureau, Inc.,
                   4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1616
16552759         EDI: NEXTEL.COM Jul 17 2015 22:18:00      Sprint,   PO Box 54977,    Los Angeles, CA 90054-4977
16552758         E-mail/Text: bankruptcy@sw-credit.com Jul 17 2015 22:31:16      Southwest Credit Systems, LP,
                   4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
16552768         E-mail/Text: txu_legal_collections@txu.com Jul 17 2015 22:31:23      TXU Energy,    PO Box 650700,
                   Dallas, TX 75265-0700
16552762         E-mail/Text: bkyelectnotices@tgslc.org Jul 17 2015 22:31:27
                   Texas Guaranteed Student Loan Corp.,    PO Box 83100,    Round Rock, TX 78683-3100
16552763         EDI: TEXASHEALTH.COM Jul 17 2015 22:18:00      Texas Health Presbyterian Hospital Dalla,
                   PO Box 910115,    Dallas, TX 75391-0115
16552767        +E-mail/Text: dolores.futrell@twcable.com Jul 17 2015 22:31:29      Time Warner Cable,
                   3301 W. Royal Lane,    Irving, TX 75063-6014
16552771         E-mail/Text: usatxn.ecfbankruptcy@usdoj.gov Jul 17 2015 22:31:31      United States Attorney,
                   3rd Floor, 1100 Commerce St,    Dallas, TX 75242-1699
16552772        +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jul 17 2015 22:31:09      United States Trustee,
                   1100 Commerce St, Room 976,    Dallas, TX 75242-0996
16552774         EDI: WESTASSET.COM Jul 17 2015 22:18:00      West Asset Management, Inc.,
                   for Department of Education,    PO Box 105668,    Atlanta, GA 30348-5668
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16552733         Internal Revenue Service,    Department of the Treasury,    PO Box 30309
16552721*       +Eric Kevin Gormly,    7216 Alto Caro Dr,    Dallas, TX 75248-4209
16552737*       +Leah Marie Gormly,    7216 Alto Caro Dr,    Dallas, TX 75248-4209
                                                                                    TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
  While the notice was still deliverable, the notice recipient was advised to update its address with the court
  immediately.
```

```
District/off: 0539-3          User: admin              Page 3 of 3            Date Rcvd: Jul 17, 2015
                              Form ID: b18             Total Noticed: 89
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
              Jeffrey H. Mims    JHMIMSTRUSTEE@chfirm.com, JMIMS@ecf.epiqsystems.com
              Steve Turner   on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com, marshak@BDFGroup.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
              William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com,
               ecf@ritterlawworks.com
              William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com,
               ecf@ritterlawworks.com
                                                                                             TOTAL: 5
```