WILLIAM F. RITTER, IV
Texas SBN 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY | § | CASE NUMBER 15-31502-HDH-7 |
|   Address: 7216 Alto Caro Dr. | § | |
|             Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any): 1505 | § | |
| | § | |
| LEAH MARIE GORMLY | § | |
|   Address: 7216 Alto Caro Dr. | § | |
|             Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any): 8077 | § | |
| | § | |
|         DEBTORS | § | |

**AMENDED NOTICE OF HEARING**

A hearing on the Debtors' Application for Order to Show Cause and Motion for Sanctions is set December 2, 2015 at 2:00 p.m. in the Courtroom of the Honorable Harlin D. Hale located in the United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242.

                                                               Respectfully submitted,

                                                                WILLIAM F. RITTER, IV
                                                                8350 N. Central Expressway, Suite 1310
                                                                Dallas, Texas 75206-1639
                                                                T 214.724.5364
                                                                F 214.373.3455
                                                                william@ritterlawworks.com

By:    /s/ William F. Ritter, IV
WILLIAM F. RITTER, IV
State Bar No. 16955500

ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Hearing has been served as indicated below on this the 8th day of October, 2015.

Respondent (via US Mail)
Real Estate Arbitrage Partners LLC Lease Agreement
Attn: Richard Wells
6211 W Northwest Hwy, Ste 251
Dallas, TX 75225

Respondent Attorney (via US Mail)
Allen Landerman
Allen Landerman, P.C.
16801 Addison Road, Suite 125
Addison, Texas 750015512

Debtors
Eric and Leah Gormly (via US Mail)
7216 Alto Caro Dr
Dallas, TX 75248

Chapter 7 Trustee (via ECF)
Jeffrey H. Mimms

United States Trustee; and upon all parties requesting notice and service of papers

  /s/ William F. Ritter, IV
WILLIAM F. RITTER, IV