

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 11, 2015**

**United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| **Eric Kevin Gormly and** § | |
| **Leah Marie Gormly,** § | Case No. 15-31502-hdh7 |
| § | |
| **Debtors.** § | |
| § | |
| § | |

## ORDER DIRECTING PARTIES TO SUBMIT BRIEFING RELATED TO MOTION FOR SANCTIONS AND SETTING BRIEFING SCHEDULE

The debtors, Eric Kevin Gormly and Leah Marie Gormly (the "Debtors") filed their *Application for an Order to Show Cause and Motion for Sanctions* on July 13, 2015 (the "Motion for Sanctions").[1]  A hearing on the Motion for Sanctions is set on the Court's docket for December 28, 2015.

In the Motion for Sanctions, the Debtors seek relief against Richard Wells, landlord of the office space at 6211 West Northwest Hwy., Suite 251A, Dallas, TX 75225 (the "Respondent"),

___

[1] Docket No. 22.

for alleged violations of the automatic stay with regards to certain property that was and/or is at such location (the "Property").

The parties are therefore ordered to submit a brief concerning their legal positions as to the reach of the automatic stay under section 362 of the Bankruptcy Code to the Property, specifically, property that may belong to the law firm in which Debtor Eric Kevin Gormly holds an interest and also to property that may be owned by third parties.

**IT IS THEREFORE ORDERED** that the Debtors shall file and serve on Respondent a brief concerning the issues described above by December 17, 2015; and it is further

**ORDERED** that the Respondent shall file and serve on the Debtors a response brief regarding the same issues no later than December 24, 2015.

###END OF ORDER###