


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 11, 2015**

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| Eric Kevin Gormly and § | |
| Leah Marie Gormly, § | Case No. 15-31502-hdh7 |
| § | |
| Debtors. § | |
| § | |
| § | |

**ORDER DIRECTING PARTIES TO SUBMIT BRIEFING RELATED TO MOTION FOR SANCTIONS AND SETTING BRIEFING SCHEDULE**

The debtors, Eric Kevin Gormly and Leah Marie Gormly (the "Debtors") filed their *Application for an Order to Show Cause and Motion for Sanctions* on July 13, 2015 (the "Motion for Sanctions").[1]  A hearing on the Motion for Sanctions is set on the Court's docket for December 28, 2015.

In the Motion for Sanctions, the Debtors seek relief against Richard Wells, landlord of the office space at 6211 West Northwest Hwy., Suite 251A, Dallas, TX 75225 (the "Respondent"),

---
[1] Docket No. 22.

for alleged violations of the automatic stay with regards to certain property that was and/or is at such location (the "Property").

The parties are therefore ordered to submit a brief concerning their legal positions as to the reach of the automatic stay under section 362 of the Bankruptcy Code to the Property, specifically, property that may belong to the law firm in which Debtor Eric Kevin Gormly holds an interest and also to property that may be owned by third parties.

**IT IS THEREFORE ORDERED** that the Debtors shall file and serve on Respondent a brief concerning the issues described above by December 17, 2015; and it is further

**ORDERED** that the Respondent shall file and serve on the Debtors a response brief regarding the same issues no later than December 24, 2015.

###END OF ORDER###

United States Bankruptcy Court
Northern District of Texas

In re:  
Eric Kevin Gormly  
Leah Marie Gormly  
    Debtors

Case No. 15-31502-hdh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: brielly     Page 1 of 1     Date Rcvd: Dec 11, 2015  
                         Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2015.  
db/jdb      +Eric Kevin Gormly,    Leah Marie Gormly,    7216 Alto Caro Dr,    Dallas, TX 75248-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2015 at the address(es) listed below:  
       Jeffrey H. Mims    JHMIMSTRUSTEE@chfirm.com, JMIMS@ecf.epiqsystems.com  
       Steve Turner    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com, marshak@BDFGroup.com  
       United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov  
       William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com, ecf@ritterlawworks.com  
       William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com, ecf@ritterlawworks.com  
                                                                                                            TOTAL: 5