Allen Landerman, P.C.
Allen Landerman
Texas Bar No. 11863400
16801 Addison Rd., Suite 125
Addison, TX 75001-5512
469-287-7211
888-868-3979 (facsimile)
allen@alpclaw.com
Attorney for Landlord, Real Estate Arbitrage Partners, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-31502-HDH-7 |
| | § | (Chapter 7) |
| ERIC GORMLY AND LEAH GORMLY, | § | |
| | § | |
| DEBTORS, | § | |

MOTION FOR CONTINUANCE

Real Estate Arbitrage Partners, LLC, (the "Landlord" and "Movant" makes this Agreed Motion for Continuance of the Application for Show Cause Order and Motion for Sanctions in the above styled and numbered cause and would respectfully show as follows:

1. On July 13, 2015, the Debtors and Applicants filed an Application for Show Cause Order and Motion for Sanction, the "Application" against Richard Wells as the former landlord of the space where Eric Gormly's law practice was formerly located. While Movant's counsel and Debtors' counsel have discussed the issues contained in the Application, the Application names Richard Wells as the Landlord when in fact the owner of the property is a Texas limited liability company, Real Estate Arbitrage Partners, LLC. To the best of Movement's counsel's knowledge, neither Richard Wells nor the Movant has ever been served. Further, Movant's counsel has never agreed to accept service on behalf of Richard Wells or Real Estate Arbitrage Partners, LLC.

2.      Movant's counsel does not want to mislead this court into thinking that Movant had no knowledge of this particular setting. In fact, this setting was agreed to by Movant's counsel in consultation with the Debtors' counsel and the Court's courtroom deputy. However, a continuance is necessary for the reasons set forth below.

A.      Richard Wells is currently undergoing treatment for stage II skin cancer. On December 10, 2015, Mr. Wells had melanomas excised from his arm and required the surgical removal of approximately 2 inches of melanoma located at the left side of his forehead. He is also undergoing testing for a heart condition. He would be unable to attend the hearing on December 28, 2015.

B.      Jack Wells, the sole member of Movant, has just recently been diagnosed with idiopathic pulmonary fibrosis, lung cancer, and failing kidneys. Mr. Wells is currently taking medication and attempting to get back to his normal lifestyle.

C.      Movant's counsel needs time to reply to the brief filed by Debtors' counsel.

Wherefore, Movement requests this court to enter an order continuing the hearing on the Application.

Dated December 22, 2015

Respectfully submitted,
Allen Landerman, P.C.

/s/ Allen Landerman
Allen Landerman
State Bar of Texas #11863400
6211 W. Northwest Hwy., Suite C253C&D
Dallas, TX 75225
469-287-7211
888-868-3979 (facsimile)
Allen@alpclaw.com (E-mail)
Counsel for Real Estate Arbitrage Partners, LLC

## CERTIFICATE OF CONFERENCE

 I hereby certify that I have discussed the merits of this Motion with counsel and Mr. Ritter indicated that he could not agree to it.
/S/Allen Landerman
Allen Landerman

## CERTIFICATE OF SERVICE

 I certify that a true copy of the above and foregoing document is being served upon all counsel of record in compliance with the Fed. R. Bankr. P. 7004(g) through the ECF system.

Signed December 22, 2015

/s/ Allen Landerman
Allen Landerman