

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 28, 2015

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-31502-HDH-7 |
| | § | (Chapter 7) |
| ERIC GORMLY AND LEAH GORMLY, | § | |
| | § | |
| DEBTORS, | § | |

AGREED ORDER GRANTING MOTION FOR CONTINUANCE

The Court, noting the agreement of the parties by the signatures of their counsel below, is of the opinion that the Motion for Continuance Filed by Real Estate Arbitrage Partners, LLC, should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the hearing on the Application for Show Cause and Motion for Sanctions filed by the Debtors is reset to February 8, 2016, at 1:30 p.m. in the Courtroom of the Honorable Harlan D. Hale.

IT IS FURTHER ORDERED that any brief in opposition to the Application for Show Cause and Motion for Sanctions shall be filed no later than January 21, 2016, subject to this Court's Order

directing parties to submit briefing relating to the Motion for Sanctions and setting a briefing schedule (DOC 28).

IT IS FURTHER ORDERED that Real Estate Arbitrage Partners, LLC, consents to the jurisdiction of this Court and that no other service of process shall be required.

Agreed:

/s/ Allen Landerman
Allen Landerman, Attorney for Real Estate Arbitrage Partners, LLC


/s/ William Ritter
William Ritter, Attorney for Debtors


# # # END OF ORDER # # #