



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 28, 2015**

**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-31502-HDH-7 |
| | § | (Chapter 7) |
| ERIC GORMLY AND LEAH GORMLY, | § | |
| | § | |
| DEBTORS, | § | |

### AGREED ORDER GRANTING MOTION FOR CONTINUANCE

The Court, noting the agreement of the parties by the signatures of their counsel below, is of the opinion that the Motion for Continuance Filed by Real Estate Arbitrage Partners, LLC, should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the hearing on the Application for Show Cause and Motion for Sanctions filed by the Debtors is reset to February 8, 2016, at 1:30 p.m. in the Courtroom of the Honorable Harlan D. Hale.

IT IS FURTHER ORDERED that any brief in opposition to the Application for Show Cause and Motion for Sanctions shall be filed no later than January 21, 2016, subject to this Court's Order

directing parties to submit briefing relating to the Motion for Sanctions and setting a briefing schedule (DOC 28).

IT IS FURTHER ORDERED that Real Estate Arbitrage Partners, LLC, consents to the jurisdiction of this Court and that no other service of process shall be required.

Agreed:

/s/ Allen Landerman
Allen Landerman, Attorney for Real Estate Arbitrage Partners, LLC


/s/ William Ritter
William Ritter, Attorney for Debtors


# # # END OF ORDER # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
Eric Kevin Gormly  
Leah Marie Gormly  
    Debtors

Case No. 15-31502-hdh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-3    User: brielly    Page 1 of 1    Date Rcvd: Dec 28, 2015  
                 Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2015.
db/jdb        +Eric Kevin Gormly,    Leah Marie Gormly,    7216 Alto Caro Dr,    Dallas, TX 75248-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2015                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2015 at the address(es) listed below:
         Allen Landerman    on behalf of Creditor    Real Estate Arbitrage Partners, LLC allen@alpclaw.com  
         Jeffrey H. Mims    JHMIMSTRUSTEE@chfirm.com, JMIMS@ecf.epiqsystems.com  
         Steve Turner    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com, marshak@BDFGroup.com  
         United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov  
         William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com, ecf@ritterlawworks.com  
         William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com, ecf@ritterlawworks.com  
                                                                                                     TOTAL: 6