BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Eric Kevin Gormly | § | Case No.:  15−31502−hdh7 |
| Leah Marie Gormly | § | Chapter No.:  7 |
| Debtor(s) | § | |

Dear Mr. Ritter:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: A hearing in regards to the following motions:
  − Motion for sanctions for violation of automatic stay 11 USC 362 against Richard Wells Filed by Debtor Eric Kevin Gormly , Joint Debtor Leah Marie Gormly [22]

  − Motion for order to show cause directed to Richard Wells and Real Estate Arbitrage Partners, LLC Filed by Debtor Eric Kevin Gormly, Joint Debtor Leah Marie Gormly [15]

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 30 DAYS from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  5/11/16

FOR THE COURT:
Jed G. Weintraub, Clerk of Court

by: /s/J. Calfee, Deputy Clerk
jennifer_calfee@txnb.uscourts.gov

United States Bankruptcy Court
Northern District of Texas

In re:
Eric Kevin Gormly
Leah Marie Gormly
    Debtors

Case No. 15-31502-hdh
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: jcalfee     Page 1 of 1     Date Rcvd: May 11, 2016
                         Form ID: BTXN027    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2016.
db            +Eric Kevin Gormly,    7216 Alto Caro Dr,    Dallas, TX 75248-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2016                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2016 at the address(es) listed below:
          Allen Landerman    on behalf of Creditor    Real Estate Arbitrage Partners, LLC allen@alpclaw.com
          Jeffrey H. Mims     JHMIMSTRUSTEE@chfirm.com, JMIMS@ecf.epiqsystems.com
          Steve Turner    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com, marshak@BDFGroup.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov
          William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com, ecf@ritterlawworks.com
          William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com, ecf@ritterlawworks.com
                                                                                                                                                        TOTAL: 6