WILLIAM F. RITTER, IV
Texas SBN 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com
ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ERIC KEVIN GORMLY** | § | **CASE NUMBER 15-31502-HDH-7** |
|   Address:  7216 Alto Caro Dr. | § | |
|              Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any):  1505 | § | |
| | § | |
| **LEAH MARIE GORMLY** | § | |
|   Address:  7216 Alto Caro Dr. | § | |
|              Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any):  8077 | § | |
| | § | |
|              **DEBTORS** | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST**

      COMES NOW, ERIC AND LEAH GORMLY ("Debtors") and together file this Witness and Exhibit List concerning the hearing on Motion for Sanctions set before this Court on **June 20, 2016 at 1:30 p.m.**

**WITNESSES**

1. Eric Gormly
2. James Scott
3. Herb Hooks
4. Richard Wells
5. Alan Hooks
6. William Ritter
7. Rebuttal witness(es) to any witness called by Respondents.

**Witness and Exhibit List of Debtors Eric and Leah Gormly**                                         Page 1

**DEBTORS' EXHIBITS**

1. Text message screenshots from James Scott to Richard Wells concerning artwork dated 1/14/2015
2. Print screens of inventory photos from James Scott dated 5/12/2011
3. Email from James Scott dated 6/8/2015
4. Email from Eric Gormly dated 6/8/2015
5. Lease Agreement dated 7/6/2011
6. Lease Agreement dated 11/25/2013
7. Certificate of Filing of The Gormly Law Group, PLLC effective 2/25/2010
8. Ritter letter dated 12/18/2014
9. Landerman Demand Letter dated 12/26/2014
10. Landerman letter dated 1/17/2015
11. Ritter email concerning James Scott artwork dated 1/23/2015
12. Ritter Demand Letter dated 2/2/2015
13. Gormly email exchange with Alan Hooks regarding mail on 2/6/2015
14. Ritter email concerning Debtor's mail dated 2/7/2015
15. Ritter Demand Letter dated 4/7/2015
16. Ritter email to Landerman dated 1/21/2016

**Prior Bankruptcy Case Documents**
**Case No. 14-35314-BJH-13**

17. Docket Report for Case No. 14-35314
18. Dismissal Order; Certificate of Service
19. Motion to Reinstate;  Notice of Hearing on Motion to Reinstate;  Certificate of Service
20. Order Denying Reinstatement

**Current Bankruptcy Case Documents**
**Case No. 15-31502-HDH-7**

21. Debtors' Schedule C
22. Debtors' Schedules D, E and F
23. Debtors' Statement of Financial Affairs
24. Docket Text – Chapter 7 Trustee's Report of No Distribution
25. Discharge Order

Respectfully submitted,

  /s/ William F. Ritter, IV
WILLIAM F. RITTER, IV
State Bar No. 16955500

8350 N Central Exp, Ste 1310
Dallas, Texas 75206
T 214.724.5364
F 214.373.3455
*william@ritterlawworks.com*

ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served in the manner stated on:

| | |
|---|---|
| Allen Landerman | via ECF (pleading only) and |
| ALLEN LANDERMAN, P.C. | via email (with a copy of all exhibits) |
| 16801 Addison Rd, Ste 125 | |
| Addison, TX 75001 | |
| | |
| Debtors | via U.S. First Class mail |
| Eric and Leah Gormly | |
| 7216 Alto Caro Dr. | |
| Dallas, TX 75248 | |
| | |
| Chapter 7 Trustee | via ECF |
| Jeffrey H. Mimms | |
| | |
| United States Trustee | via ECF |

and all parties requesting notice and service of papers via ECF

on this the 10th day of June, 2016.

  /s/ William F. Ritter, IV
WILLIAM F. RITTER, IV