Allen Landerman, P.C.
Allen Landerman
Texas Bar No. 11863400
16801 Addison Rd., Suite 125
Addison, TX 75001-5512
469-287-7211
888-868-3979 (facsimile)
allen@alpclaw.com
Attorney for Real Estate Arbitrage Partners, LLC, and Richard Wells

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-31502-HDH-7 |
| | § | (Chapter 7) |
| Eric Gormly and Leah Gormly, | § | |
| | § | |
| DEBTORS, | § | |

## RESPONDENTS WITNESS AND EXHIBIT LIST

TO THE HON. HARLIN D. HALE, UNITED STATES BANKRUPTCY JUDGE:

Real Estate Arbitrage Partners, LLC, "REAP," and Richard Wells, "Wells," Submits their list

of witnesses and exhibits for the court hearing on June 20, 2016, at 1:30 PM

### WITNESSES

1. Richard Wells
2. Allen Hooks
3. Gary Brueggeman
4. Brian Hooks
5. Allen Landerman
6. Any witnesses called by Debtor6

EXHIBITS

1. All exhibits tendered by Debtors
2. Appraisal by Brian Hooks

Dated June 10, 2016
Respectfully submitted,
Allen Landerman, P.C.

/s/ Allen Landerman
Allen Landerman
State Bar of Texas #11863400
16801 Addison Rd., Suite 125
Addison, TX 75001-5512
469-287-7211
888-868-3979 (facsimile)
Allen@alpclaw.com (E-mail)
Counsel for Respondents

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing document is being served upon all counsel of record in compliance with the Fed. R. Bankr. P. 7004(g) through the ECF system.

Signed June 10, 2016

/s/ Allen Landerman
Allen Landerman