WILLIAM F. RITTER, IV
Texas Bar No. 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
*william@ritterlawworks.com*
ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

Allen Landerman
Texas Bar No. 11863400
ALLEN LANDERMAN, P.C.
16801 Addison Road, Suite 125
Addison, Texas 75001-5512
469-287-7211
888-868-3979 (fax)
*allen@alpclaw.com*
ATTORNEY FOR RESPONDENTS
REAL ESTATE ARBITRAGE PARTNERS, LLC,
AND RICHARD WELLS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **ERIC KEVIN GORMLY** § | **CASE NUMBER 15-31502-HDH-7** |
|   Address:  7216 Alto Caro Dr. § | |
|             Dallas, TX 75248 § | |
|   Last four digits of Social-Security or § | |
|   Individual Taxpayer Identification § | |
|   (ITIN) No(s).,(if any):  1505 § | |
| § | |
| **LEAH MARIE GORMLY** § | |
|   Address:  7216 Alto Caro Dr. § | |
|             Dallas, TX 75248 § | |
|   Last four digits of Social-Security or § | |
|   Individual Taxpayer Identification § | |
|   (ITIN) No(s).,(if any):  8077 § | |
| § | |
|         **DEBTORS** § | |

## JOINT AGREED MOTION TO MEDIATE

TO THE HONORABLE HARLIN D. HALE, UNITED STATES BANKRUPTCY JUDGE:

**Joint Agreed Motion to Mediate - Page 1**

ERIC GORMLY and LEAH GORMLY ("Debtors") and REAL ESTATE ARBITRAGE PARTNERS, LLC, and RICHARD WELLS (collectively, the "Respondents") present this Joint Agreed Motion to Mediate and in support would show:

1. The Debtors and Respondents have reached agreement to mediate the issues arising in and related to the Debtors' Application for Show Cause Order and Motion for Sanctions ("Application and Motion").

2. Hearing is set before this Court June 20, 2016 at 1:30 p.m. Debtors filed their Application and Motion July 13, 2015. Hearing was set November 20, 2015 and continued by agreement of counsel to December 2, 2015. On December 11, 2015, this Court entered its Order Directing Parties to Submit Briefing Related to Motion for Sanctions and Setting Briefing Schedule. Debtors filed their Brief In Support of Debtors' Application for an Order To Show Cause and Motion for Sanctions on December 17, 2015. Respondents filed their Motion for Continuance on December 22, 2015 requesting an extension of time to brief the issues and to reset hearing to February 8, 2016. Respondents filed their Respondents Answer to Debtors' Application for an Order to Show Cause and Motion for Sanctions ("Answer") on January 21, 2016. Hearing set February 8, 2016 was reset by agreement at the request of the Debtors due to Debtor Eric Gormly's inability to appear due to a conflicting setting in which Debtor is the attorney of record. The matter was reset to June 20, 2016 by agreement of the parties. Debtors filed their Witness and Exhibit List on June 10, 2016. Respondents filed their Witness and Exhibit List on the same date.

3. The parties had not considered mediating their dispute prior to this request. After review of the Answer filed by Respondents and after review of the exhibits and consideration of the issues arising from the facts giving rise to the Application and Motion, both parties believe that they would benefit from the opportunity to mediate their dispute.

4. The Court has requested that the parties stipulate to the basic facts and the exhibits for the reason that this Court will be hearing an emergency matter for Judge Houser.

5. This motion is not presented merely for delay but in the interests of justice. James Scott has an interest in the current proceedings and is not opposed to the relief requested in this Motion.

WHEREFORE, the parties request this Court enter an Order directing the parties to attend meditation and for any and all other orders the Court may deem just and right.

Dated: June 20, 2016

Respectfully submitted,

WILLIAM F. RITTER, IV
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com

By:    /s/ William F. Ritter, IV
       WILLIAM F. RITTER, IV
       State Bar No. 16955500

ATTORNEY FOR DEBTORS
ERIC AND LEAH GORMLY

Allen Landerman
Texas Bar No. 11863400
ALLEN LANDERMAN, P.C.
16801 Addison Road, Suite 125
Addison, Texas 75001-5512
T 469-287-7211
F 888-868-3979
*allen@alpclaw.com*

By:     /s/ Allen Landerman
        ALLEN LANDERMAN
        State Bar No. 11863400

ATTORNEY FOR RESPONDENTS
REAL ESTATE ARBITRAGE PARTNERS, LLC,
AND RICHARD WELLS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion was served by ELECTRONIC CASE NOTIFICATION and/or FIRST CLASS MAIL, POSTAGE PREPAID on:

Debtors
Eric and Leah Gormly

Chapter 7 Trustee
Jeffrey H. Mimms

United States Trustee; and

All parties requesting notice and service of papers

on June 20, 2016.

     /s/ William F. Ritter, IV
     WILLIAM F. RITTER, IV

**Joint Agreed Motion to Mediate - Page 3**