

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 21, 2016

United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ERIC KEVIN GORMLY § | CASE NUMBER 15-31502-HDH-7 |
|   Address: 7216 Alto Caro Dr. § | |
|     Dallas, TX 75248 § | |
|   Last four digits of Social-Security or § | |
|   Individual Taxpayer Identification § | |
|   (ITIN) No(s).,(if any):  1505 § | |
| § | |
| LEAH MARIE GORMLY § | |
|   Address: 7216 Alto Caro Dr. § | |
|     Dallas, TX 75248 § | |
|   Last four digits of Social-Security or § | |
|   Individual Taxpayer Identification § | |
|   (ITIN) No(s).,(if any):  8077 § | |
| § | |
| DEBTORS § | |

## AGREED ORDER DIRECTING PARTIES TO ATTEND MEDIATION

CAME FOR CONSIDERATION BEFORE THIS COURT the Joint Agreed Motion to Mediate [Doc 41] of the parties Eric Gormly and Leah Gormly ("Debtors") and Real Estate Arbitrage Partners, LLC, and Richard Wells (collectively, the "Respondents"), as it concerns the Application for Show Cause Order [Doc 15] and Motion for Sanctions [Doc 22] filed by the Debtors.

IT IS ORDERED the Debtors and Respondents shall attend mediation no later than August 4, 2016.

# # # END OF ORDER # # #

AGREED AS TO FORM AND SUBSTANCE:


/s/ Allen Landerman
ALLEN LANDERMAN
ATTORNE Y FOR RESPONDENTS
REAL ESTATE ARBITRAGE PARTNERS, LLC,
AND RICHARD WELLS


/s/ William F. Ritter, IV
WILLIAM RITTER
ATTORNE Y FOR DEBTORS
ERIC AND LEAH GORMLY