



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 21, 2016**

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY | § | CASE NUMBER 15-31502-HDH-7 |
|   Address:  7216 Alto Caro Dr. | § | |
|              Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any):  1505 | § | |
| | § | |
| LEAH MARIE GORMLY | § | |
|   Address:  7216 Alto Caro Dr. | § | |
|              Dallas, TX 75248 | § | |
|   Last four digits of Social-Security or | § | |
|   Individual Taxpayer Identification | § | |
|   (ITIN) No(s).,(if any):  8077 | § | |
| | § | |
|         DEBTORS | § | |

**AGREED ORDER DIRECTING PARTIES TO ATTEND MEDIATION**

      CAME FOR CONSIDERATION BEFORE THIS COURT the Joint Agreed Motion to Mediate [Doc 41] of the parties Eric Gormly and Leah Gormly ("Debtors") and Real Estate Arbitrage Partners, LLC, and Richard Wells (collectively, the "Respondents"), as it concerns the Application for Show Cause Order [Doc 15] and Motion for Sanctions [Doc 22] filed by the Debtors.

      IT IS ORDERED the Debtors and Respondents shall attend mediation no later than August 4, 2016.

# # # END OF ORDER # # #

AGREED AS TO FORM AND SUBSTANCE:


 /s/ Allen Landerman
ALLEN LANDERMAN
ATTORNE Y FOR RESPONDENTS
REAL ESTATE ARBITRAGE PARTNERS, LLC,
AND RICHARD WELLS


 /s/ William F. Ritter, IV
WILLIAM RITTER
ATTORNE Y FOR DEBTORS
ERIC AND LEAH GORMLY

United States Bankruptcy Court
Northern District of Texas

In re:  
Eric Kevin Gormly  
Leah Marie Gormly  
    Debtors

Case No. 15-31502-hdh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: brielly     Page 1 of 1     Date Rcvd: Jun 21, 2016  
                     Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2016.  
db/jdb      +Eric Kevin Gormly,    Leah Marie Gormly,    7216 Alto Caro Dr,    Dallas, TX 75248-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           Real Estate Arbitrage Partners, LLC,    6211 W. Northwest Highway, Suite 251,    Dallas  
                                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2016 at the address(es) listed below:  
         Allen  Landerman    on behalf of Creditor   Real Estate Arbitrage Partners, LLC allen@alpclaw.com  
         Jeffrey H. Mims    JHMIMSTRUSTEE@chfirm.com, JMIMS@ecf.epiqsystems.com  
         Steve  Turner    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae),  
         Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com, marshak@BDFGroup.com  
         United States Trustee    ustpregion06.da.ecf@usdoj.gov  
         William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com,  
         ecf@ritterlawworks.com  
         William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com,  
         ecf@ritterlawworks.com  
                                                                                                   TOTAL: 6